UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRIAN CHAN #A026883434,** <br> Petitioner | **DOCKET NO. 1:22-CV-05272 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,** *ET AL.*, <br> Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 14), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

THUS, DONE in Chambers this 30th day of January 2023.

_____
Robert R. Summerhays
United States District Judge